In the Matter of the petition of DANIEL R. KENDALL, to Vacate an Assessment.

(Argued November 30, 1880 ; decided December 21, 1880.)

THIS was an appeal from an order of General Term, affirm-

ing an order of Special Term vacating an assessment for under-ground drains.

The facts were similar to those in *In re Cheesebrough* (78 N. Y. 232); and the case was decided upon the authority of that case and of *In re Van Buren* (79 N. Y. 384).

*William C. Whitney* for appellant.

*Alexander B. Johnson* for respondent.

FOLGER, Ch. J., read for affirmance.
All concur, except MILLER, J., not voting.
Order affirmed.